## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**D'ERICA and ROGER BLACKMON, as Guardians
And Next Friends of E.B., a minor**                                    **PLAINTIFFS**

**V.**                                    **2:25CV00154 JM**

**MCGEHEE SCHOOL DISTRICT, et al,**                                    **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this day, Plaintiffs' complaint is dismissed without prejudice.

IT IS SO ORDERED this 11th day of May, 2026.

_____
James M. Moody Jr.
United States District Judge